## ATTACHMENT 1

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO

| | | |
|---|---|---|
| Carlos Berry, | ) | CASE NO.: 1:24CV1731 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| vs. | ) | |
| | ) | **REPORT OF PARTIES' PLANNING** |
| HAZA Foods of Northeast, LLC., | ) | **MEETING UNDER FED. R. CIV.P.** |
| | ) | **26F), L.R.16.3 (b)(3) AND LPR 2.1** |
| Defendant (s). | ) | |

1. Pursuant to Fed. R. Civ. P. 26 (f) and L.R. 16.3 (b), a meeting was held on <u>December 13</u>, 202<u>4</u>, and was attended by:

<u>Kevin M. Gross</u> Counsel for plaintiff (s) <u>Carlos Berry</u>

_____ Counsel for plaintiff (s) _____

<u>Scott Coghlan</u> Counsel for defendant(s) <u>HAZA Foods of Northeast, LLC</u>

_____ Counsel for defendant(s) _____

2. The parties:

[ ]  have exchanged the pre-discovery disclosures required by Rule 26 (a) (1)

[✔]  will exchange such disclosures by <u>December 30</u>, 202<u>4</u>

[ ]  have not been required to make initial disclosures.

3. The parties recommend the following track:

☐ Expedited  ☑ Standard  ☐ Complex

☐ Administrative  ☐ Mass Tort

4. This case is automatically designated as suitable for Electronic Case Filing (ECF). Is there any reason that the designation should change to "not suitable for ECF"?  No.

5. Choose one of the following:

☐ This case **is** suitable **now** for **ADR** or _____ (insert an alternative ADR)**.**

or,

☑ Case **is not** suitable for ADR at this time.

or,

☐ Case **is not** suitable for ADR at any time.

6. The parties ☐ do/ ☑ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S. C.§ 636 (c).

7. Federal jurisdiction is based upon  28 U.S.C. § 1331 and 28 U.S.C. § 1343.

8. Recommended Discovery Plan:

   a) Describe the claims & defenses on which discovery is to be sought and the nature and extent of discovery.

Title VII discrimination claims based on religion and race.

Written discovery followed by depositions.

    b)     Non-Expert discovery deadline: May 31, 2025

    c)     If applicable, set forth the issues that will be addressed by experts and provide proposed deadlines: None anticipated at this time.

Expert report for the party with the burden of proof deadline: _____

Rebuttal expert report deadline: _____

Expert discovery cut-off deadline: _____

9. The pleadings shall be amended **without** leave of Court on or before: January 31, 2025.

10. Recommended dispositive motion date: June 30, 2025.

11. Recommended date for a Status Conference April 14, 2025 or Settlement Conference August 25, 2025.

12. Other matters for the attention of the Court: None at this time.

Attorney for Plaintiff (s) /s/ Kevin M. Gross (0097343)

Attorney for Plaintiff (s) _____

Attorney for Plaintiff (s) _____

Attorney for Defendant(s) /s/ Scott Coghlan (0059856)

Attorney for Defendant(s) _____

Attorney for Defendant(s) _____

Revised 1/31/24